# EXHIBIT 8

David E. Weslow
202.719.7525
dweslow@wiley.law

**wiley**

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel:  202.719.7000

**wiley.law**

February 21, 2020

**VIA E-MAIL**

Registrant(s) of
gocars.com
godoctor.com
goeducation.com
goelectric.com
gofashion.com
gogames.com
gogifts.com
gonuclear.com
goparts.com
goparty.com
gorestaurants.com
gosafety.com
gosales.com
goservice.com
gosystems.com
gotour.com
gotoys.com
goweather.com
mx4.com

Re:     *Petretta v. Nineteen Domain Names, et al.* (E.D. Va.)
        Notice of Intent to Proceed with *In Rem* Civil Action


Dear Sirs:

We are counsel to Scott Petretta, who is the lawful owner of the above referenced domain names. We are preparing a lawsuit to be filed in the United States District Court for the Eastern District of Virginia asserting claims under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, the Electronic Communications Privacy Act, 18 U.S.C. §§ 2701, 2707, and related claims arising from the unauthorized access to Mr. Petretta's secured domain name management account and the unauthorized transfer of the domain names.

This correspondence is notice of Mr. Petretta's intent to proceed *in rem* pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(I)(aa).  Additionally, all documents and electronic records must be retained relating to your registration and/or use of the referenced domain names, and any and all other domain name registrations, including email and computer records that otherwise may be erased or overwritten.  See 15 U.S.C. § 1125(d)(1)(B)(i)(VIII).

February 21, 2020
Page 2


Please contact me if you are interested in avoiding litigation by voluntarily returning the domain name(s) in your possession to Mr. Petretta.

Sincerely,

David E. Weslow