# EXHIBIT 9

**Jon Dieringer**

| | |
|---|---|
| **From:** | Dan D. <dan1487@msn.com> |
| **Sent:** | Tuesday, February 25, 2020 11:13 AM |
| **To:** | Jon Dieringer |
| **Cc:** | Sean Kennedy; Rebecca E. Dieringer |
| **Subject:** | FW: Update [Incident ID: 41259176] - Why did I receive a refund for a domain name? |
| **Attachments:** | Petretta_Notice_of_Intent_to_Proceed_with_ACPA_Litigation.pdf |

Attached/below is the response I got from GoDaddy when I inquired about why they refunded us for goparts.com:

**From:** GoDaddy <auctions@godaddy.com>
**Date:** Monday, February 24, 2020 at 11:39 AM
**To:** "Dan D." <dan1487@msn.com>
**Subject:** Update [Incident ID: 41259176] - Why did I receive a refund for a domain name?



24/7 Support: +1 (480) 505-8877

# Here's our response to your request.

**Discussion Notes**
**Support Staff Response**

Dan Derebenskiy,

Please see the attached document sent by a complainant's legal representation regarding a group of nineteen (19) domain names, including goparts.com. This is why we cancelled and refunded the transaction, rather than having you in a legal dispute over the name.

Regards,

Václav W. Růžička
Aftermarket Support Group
Tier III
GoDaddy.com, LLC

If you need any additional help, call us anytime at +1 (480) 505-8877 and reference Incident ID [Incident ID: 41259176].

## You qualify for 20%* off any new order.

Shop Now

Use promo code **GDBBC687** at checkout.

*[See offer terms, conditions and legal policies.](#)

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2020 GoDaddy Operating Company, LLC. 14455 N. Hayden Rd, Ste. 219, Scottsdale, AZ 85260 USA. All rights reserved.

3393566642