William E. Levin (Bar No. 104631)
wlevin@onellp.com
Jenny S. Kim (Bar No. 282562)
jkim@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Plaintiff
Parts Dynasty Corporation dba Go-Parts

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTS DYNASTY CORPORATION dba GO-PARTS, a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SCOTT PETRETTA, an individual, and DOES 1-10, inclusive,<br><br>              Defendant. | Case No.2:20-cv-01602-TLN-KJN<br>Hon. Troy L. Nunley<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(A))** |

---

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Parts Dynasty Corporation ("Plaintiff") and Defendant Scott Petretta ("Defendant") (collectively, "the Parties") hereby enter into this Stipulation to Extend Time to Respond to Initial Complaint by Not More than 28 Days (L.R. 144(a)) with reference to the following facts:

WHEREAS, Plaintiff filed the Complaint in this action on August 11, 2020;

WHEREAS, Plaintiff avers that it effected service of the summons and Complaint on Defendant on August 19, 2020;

WHEREAS, based on Plaintiff's averment regarding service, the current deadline for Defendant to respond to the Complaint is September 9, 2020;

WHEREAS, the Parties have agreed that the deadline for Defendant to respond to Plaintiff's Complaint should be extended by 28 days;

WHEREAS, there have been no prior extensions of Defendant's time to respond to Plaintiff's Complaint in this action.

NOW, THEREFORE, the Parties hereby stipulate to extend the deadline for Defendant to respond to the Complaint from September 9, 2020 to October 7, 2020, it being expressly noted that Defendant retains all defenses, including but not limited to lack of personal jurisdiction.

RESPECTFULLY SUBMITTED.

I, William E. Levin, attest that Defendant concurs in the filing's content and has authorized this filing, and that Defendant's signature is not required pursuant to L.R. 144(a) as Defendant has not yet appeared in this action.

Dated:  September 9, 2020           **ONE LLP**

By: /s/ William E. Levin
    William E. Levin

    Attorneys for Plaintiff
    Parts Dynasty Corporation dba Go-Parts