**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARTS DYNASTY CORPORATION dba GO-PARTS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT PETRETTA, an individual, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.2:20-cv-01602-TLN-KJN<br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 144(A))** |

**ORDER**

Before this Court is a Stipulation to Extend Time to Respond to Initial Complaint by 30 Days filed jointly by Plaintiff Parts Dynasty Corporation ("Plaintiff") and Defendant Scott Petretta ("Defendant").  For good cause shown, the stipulation is entered, and an additional 30-day extension is GRANTED. Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before November 6, 2020.

**IT IS SO ORDERED.**

Dated: October 2, 2020

Troy L. Nunley
United States District Judge