1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PARTS DYNASTY CORPORATION
dba GO-PARTS, a California
corporation,

                              Plaintiff,

        v.

SCOTT PETRETTA, an individual,
and DOES 1-10, inclusive,

                              Defendant.

Case No. 2:20-cv-01602-TLN-KJN

ORDER GRANTING STIPULATION
TO EXTEND ALL DEADLINES BY
60 DAYS (L.R. 144(A))

ORDER

Before this Court is a Stipulation to Extend All Deadlines by 60 Days, filed jointly by Plaintiff Parts Dynasty Corporation ("Plaintiff") and Defendant Scott Petretta ("Defendant").  For good cause shown, the stipulation is entered, and an additional 60-day extension is GRANTED.  Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before January 5, 2021.

**IT IS SO ORDERED.**

Dated:  November 5, 2020

Troy L. Nunley
United States District Judge