UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTS DYNASTY CORPORATION dba GO-PARTS, a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT PETRETTA, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-01602-TLN-KJN<br><br>ORDER GRANTING STIPULATION TO EXTEND ALL DEADLINES BY 60 DAYS (L.R. 144(A)) |

ORDER

Before this Court is a Stipulation to Extend All Deadlines by 60 Days, filed jointly by Plaintiff Parts Dynasty Corporation ("Plaintiff") and Defendant Scott Petretta ("Defendant"). For good cause shown, the stipulation is entered, and an additional 60-day extension is GRANTED. Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before March 8, 2021.

**IT IS SO ORDERED.**

Dated:  January 4, 2021

_____
Troy L. Nunley
United States District Judge