1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10
11
12   PARTS DYNASTY CORPORATION
     dba GO-PARTS, a California
     corporation,                            Case No. 2:20-cv-01602-TLN-KJN

13                          Plaintiff,       **ORDER GRANTING
                                             STIPULATION TO EXTEND ALL
14         v.                                DEADLINES BY 60 DAYS (L.R.
                                             144(A))**
15   SCOTT PETRETTA, an individual,
     and DOES 1-10, inclusive,

16
17                          Defendant.

18
19
20
21
22
23
24
25
26
27
28

                                ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     Before this Court is a Stipulation to Extend All Deadlines by 60 Days, filed jointly by Plaintiff Parts Dynasty Corporation ("Plaintiff") and Defendant Scott Petretta ("Defendant").  For good cause shown, the stipulation is entered, and an additional 60-day extension is GRANTED.  Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before May 7, 2021.

     **IT IS SO ORDERED.**

Dated:  March 9, 2021

Troy L. Nunley
United States District Judge

ORDER